IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FARRUH PULATOV, | : | |
| Petitioner, | : | 1:18-cv-0934 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CRAIG A. LOWE, WARDEN OF | : | |
| PIKE COUNTY CORRECTIONAL | : | |
| FACILITY, | : | |
| Respondent. | : | |

# **ORDER**

**June 27, 2019**

NOW THEREFORE, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus is GRANTED in part.

2. An Immigration Judge shall afford Petitioner an individualized bond hearing within thirty (30) days from the date of entry of this Order.

3. The Immigration Judge shall make an individualized inquiry into whether detention remains necessary to fulfill the purposes of ensuring that the Petitioner attends removal proceedings and that his release will not pose a danger to the community.

4. At this hearing, the government shall bear the burden of presenting evidence and proving that Petitioner's continued detention is necessary to fulfill the purposes of the detention statute.

5. The Clerk of Court is directed to CLOSE this case.

           <u>s/ John E. Jones III</u>
           John E. Jones III
           United States District Judge